**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>MICHAEL WAYNE HANZUK, II,<br><br>        Defendant. | Case No. 3:23-cv-00240-SLG |

**ORDER RE MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MICHAEL WAYNE HANZUK, II**

Before the Court at Docket 10 is the Government's *Motion for Default Judgment Against Defendant Michael Wayne Hanzuk, II.* Upon review, the Court finds that the motion contains insufficient evidentiary support for the $2,000 payment dated April 20, 2020, that makes clear under oath or affirmation that this payment was in addition to, and not part of the $106,000 payment attested to in Exhibit 1 to the Affidavit of Counsel at Docket 11-1.

Plaintiff may file a supplement to the motion that addresses this issue within 14 days of the date of this order.

DATED this 22nd day of December, 2023, at Anchorage, Alaska.

                                        */s/ Sharon L. Gleason*
                                        UNITED STATES DISTRICT JUDGE